UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREDDIE L. BYERS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:08cv0240 AS |
| | ) |
| SUPERINTENDENT, WABASH | ) |
| VALLEY CORRECTIONAL FACILITY, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Freddie L. Byers, Jr., by counsel, filed a notice of appeal along with a request for a certificate of appealability (Doc. Nos. 29 and 31) appealing this Court's March 4, 2009 order denying his 28 U.S.C. §2254 petition for federal habeas corpus relief.

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot* [*v. Estelle*, 463 U.S. 880 (1983)], includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.

*Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (quotation marks and citation omitted). As explained in this Court's order denying the habeas corpus petition, Mr. Byers has not demonstrated that reasonable jurists could debate the denial of this habeas petition nor that his issues deserve encouragement to proceed further. Therefore the Court will not issue a certificate of appealability in this case.

For the foregoing reasons, the court **DENIES** the motion for a certificate of appealability (Doc. No. 31). As also explained in the March 4, 2009 order, any appeal on this matter is not taken in good faith, and no request to Proceed on Appeal *In Forma Pauperis* will be granted. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

**DATED: March 30, 2009**

                 /s/ ALLEN SHARP
                 **ALLEN SHARP, JUDGE**
                 **UNITED STATES DISTRICT COURT**